IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ALLIANCE TRANSPORTATION AND LOGISTICS, LLC | § § § | |
| Plaintiff, | § § | |
| vs. | § | CASE NO. 2:21-CV-249-BR |
| G&J TRUCK SALES, INC. | § § § | |
| Defendant. | § | |

# JOINT ADVISORY REGARDING ESTIMATED LENGTH OF TRIAL

TO THE HONORABLE COURT:

COME NOW, Plaintiff ALLIANCE TRANSPORTATION AND LOGISTICS, LLC ("Plaintiff") and Defendant G&J TRUCK SALES, INC. ("Defendant") and file this Joint Advisory Regarding Estimated Length of Trial (this "Joint Advisory") required by the Court's First Amended Scheduling Order [Doc. #66], which was entered by the Court on May 11, 2021.

## ESTIMATED LENGTH OF TRIAL

1. The parties estimate the length of this trial for presentation of the evidence will be two (2) days.

## JURY TRIAL REQUESTED

2. Additionally, this Joint Advisory will confirm that Plaintiff is requesting a jury trial.

Respectfully submitted,

 /s/ Thomas C. Riney
Thomas C. Riney
Tom.Riney@uwlaw.com
State Bar No. 16539100
UNDERWOOD LAW FIRM, PC
500 S. Taylor, Suite 1200
Amarillo, Texas 79101
Phone:(806) 376-5613
Fax: (806) 379-0316

**ATTORNEYS FOR DEFENDANT**

 /s/ Eric D. Walker
Eric D. Walker
ewalker@mwtrialfirm.com
State Bar No. 24047056
MORALES | WALKER PLLC
6060 N. Central Expressway, Suite 500
Dallas, Texas 75206
Phone:(972) 948-3646
Fax: (972) 361-8005

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on this 7th day of September 2022, a true and correct copy of the foregoing document has been served via e-filing upon all counsel of record.

By_____ /s/Thomas C. Riney_____
Thomas C. Riney